**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**------------------------------------x**
**In re:**

                                                      **Case No. 07-71352-jbr**
                                                      **Chapter**

**ZURICH DEPOSITORY CORP.,**

                      **Debtor**
**------------------------------------x**

## CONFIDENTIAL

## DOCUMENT TO BE FILED UNDER SEAL

## PURSUANT TO INTERIM ORDER SEALING CERTAIN DOCUMENTS DATED MAY 1, 2007

USBC -66A                                                                                                Rev.5/1/07