CULLEN AND DYKMAN LLP
Attorneys for the Debtor
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3890
Matthew D. Brown, Esq.      (MB1337)
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

|  | Chapter 11 |
|---|---|
| ZURICH DEPOSITORY CORP            . | Case No.  07-71352 |
| Debtor | |

---------------------------------------------------------X

### ORDER GRANTING THE MOTION OF THE DEBTOR DISMISSING CHAPTER 11 CASE PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE

Upon the motion dated September 12, 2007 filed by the above captioned debtor (the "Debtor"), by its attorneys Cullen and Dykman LLP, for an order scheduling a hearing on shortened notice to consider the motion (the "Motion") of the Debtor requesting an order dismissing the above captioned bankruptcy case pursuant to section 1112(b) of the Bankruptcy Code; the Court having held a hearing (the "Hearing") on October 1, 2007 on the Motion at which both counsel to the Debtor and the counsel to the Office of the United States Trustee appeared in support of the Motion; and no opposition to the Motion (i) having been filed with the Court or (ii) raised at the Hearing; it is hereby

**ORDERED**, that the Motion is granted and the above captioned chapter 11 case is hereby dismissed.

Dated : Central Islip, New York
          October 2, 2007

_s/Joel B. Rosenthal_
HON. JOEL B. ROSENTHAL
UNITED STATES BANKRUPTCY JUDGE