# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:                                                                      CASE NO: 8−07−71352−jbr

   Zurich Depository Corp.

SSN/TAX ID:                                                                           CHAPTER: 11

   11−2663728

                        DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on April 18, 2007 and an order having been entered by the Honorable Joel B. Rosenthal, United States Bankruptcy Judge, on October 2, 2007 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: October 2, 2007

                                                                 For the Court, Joseph P. Hurley, Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]